| | |
|---|---|
| WILDE & ASSOCIATES<br>Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417<br>208 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>Telephone: 702 258-8200<br>bk@wildelaw.com<br>Fax: 702 258-8787 | Electronically Filed on 7/15/09 |

Attorneys for BAC Home Loans Servicing, L.P.
fka Countrywide Home Loans Servicing L.P.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>MARK STIEB, and CANDIE STIEB<br><br><br>       Debtors. | BK-S-09-17317 LBR<br><br>Date:   July 16, 2009<br>Time:   1:30 p.m.<br><br>Chapter 13 |

**OPPOSITION TO MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF COUNTRYWIDE HOME LOAN SERVICING, LP AND/OR ASSIGNS (ACCT ENDING IN 1316) PURSUANT TO 11 U.S.C. SECTION 506(a) AND SECTION 1322**

COMES NOW, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing L.P. (Hereinafter "Secured Creditor") and files this Opposition stating as follows:

There is no dispute that Secured Creditor holds the note, with the account number ending in 1316, secured by a first deed of trust on the subject property. Furthermore, by the Debtors' own admission the subject property is the Debtors' personal residence.

Debtors' interpretation of <u>In re Zimmer</u>, 313 F.3d 1220 (9th Cir. 2002) is correct in that "wholly unsecured claims" can be stripped from real property. However, Debtors' contention that the loan ending in 1316 is a "wholly unsecured loan" is improper and not correct.

Attached as exhibit "A" is the Debtors' schedule "D" recognizing that this Secured Creditor holds the "first" lien on the subject property, a large portion of which is secured even assuming Debtors' valuation is correct.

Based on the foregoing, Debtors cannot strip or otherwise extinguish Secured Creditor's security interest, or any portion thereof, in loan number ending in 1316. Such relief would violate the anti-modification effect of 11 U.S.C. Sec. 1322(b)(2) for claims secured by a personal residence. <u>See also</u>, <u>Zimmer</u> *supra.*

DATED this 14th day of July, 2009.

WILDE & ASSOCIATES

By_____
**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

### Certificate of Facsimile

I certify that on July 14, 2009, I served a copy of the foregoing opposition on Debtors' counsel by facsimile as follows:

Timothy F. Umbreit, Esq.
Fax no. (702) 267-8011

EXHIBIT "A"

B6D (Official Form 6D) (12/07)

In re  MARK STIEB & CANDIE STIEB ,    Case No 09-17317-LBR3
      Debtor    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 12053225333  America's Servicing Company  PO Box 10388  Des Moines, IA 50306 | | C | Incurred: 3/11/06  Rental Property Mortgage  VALUE $ 149,000.00 | | | | 297,548.93 | 148,548.93 |
| ACCOUNT NO. 136981316  Countrywide Home Mortgage  PO Box 6500700  Dallas, TX 75265-0070 | | J | Incurred: 5/3/2006  Lien: First Mortgage  Primary Residence  VALUE $ 149,000.00 | | | | 425,779.30 | 276,779.30 |
| ACCOUNT NO. 0156298178  Toyota Motor Corporation  P.O. Box 60114  City of Industry, CA 91716 | | C | VALUE $ 20,000.00 | | | | 28,194.93 | 8,194.93 |

_0_ continuation sheets attached

Subtotal ▶ (Total of this page)    $ 751,523.16    $ 433,523.16

Total ▶ (Use only on last page)    $ 751,523.16    $ 433,523.16

(Report also on Summary of Schedules)    (If applicable, report also on Statistical

EXHIBIT "A"